B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–02963**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Paul C. Hammond | Ashley D. Hammond |
| 746 Crossland Drive | aka Ashley Dawn Koch |
| Grayslake, IL 60030 | 746 Crossland Drive |
| | Grayslake, IL 60030 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1509            xxx–xx–8768

Employer Tax ID / Other nos.:

### DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>May 5, 2010</u>         <u>Kenneth S. Gardner, Clerk</u>
                    United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are _not_ discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 1                  Date Rcvd: May 05, 2010
Case: 10-02963                 Form ID: b18                Total Noticed: 30

The following entities were noticed by first class mail on May 07, 2010.
db/jdb        +Paul C. Hammond,    Ashley D. Hammond,    746 Crossland Drive,    Grayslake, IL 60030-1694
aty           +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
tr            +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
15016187       Center For Digestivve Health, LTD,    3033 S. 77 th Street,    Milwaukee, WI 53215-3600
15016188      +Chase,    10790 Rancho Bernardo Rd.,    San Diego, CA 92127-5705
15016191       Chase Home Finance,    PO Box 78116,    Phoenix, AZ 85062-8116
15016193       Citi,    c/o Citi Corp.,    PO Box 6500,    Sioux Falls, SD 57117-6500
15016194      +Citizens Auto Finance,    PO Box 42002,    Providence, RI 02940-2002
15016195       Citizens Automobile Finance,    PO Box 255587,    Warwick, RI 02886
15016198       GI Associates, LLC,    3033 S. 27th Street,    Milwaukee, WI 53215-3600
15016203      +Liton Mortgage Service,    24 Greenway Plaza #712,    Houston, TX 77046-2401
15016204       Litton Loan,    PO Box 4387,    Houston, TX 77210-4387
15016206       Navy Mortgage,    PO Box 3326,    Merrifield, VA 22119-3326
15016207      +Pierce & Associates,    1 North Dearborn, Suite 1300,    Chicago, IL 60602-4373
15016209      +Sallie Mae,    1002 Arthur Drive,    PO# SMI13421,    Lynn Haven, FL 32444-1683
15016210      +THD CBSD,    CCS Gray OPS Center,    541 Sid Martin Road,    Gray, TN 37615-6210
15016211       Wfnnb/Exst,    PO Box 330064,    El Paso, TX 79998
The following entities were noticed by electronic transmission on May 05, 2010.
15016185       EDI: BANKAMER.COM May 05 2010 18:38:00      Bank of America,    4060 Ogletown/Stanton Rd.,
               Newark, DE 19713
15016186      +EDI: TSYS2.COM May 05 2010 18:38:00      Barclays Bank,    125 South West Street,
               Att: Credit Bureau,    Wilmington, DE 19801-5014
15016189      +EDI: CAUT.COM May 05 2010 18:38:00      Chase,    2000 Marcus Avenue,
               New Hyde Park, NY 11042-1036
15016190      +EDI: CAUT.COM May 05 2010 18:38:00      Chase Auto Finance,    PO Box 9001083,
               Louisville, KY 40290-1083
15016192      +EDI: CHASE.COM May 05 2010 18:38:00      Chasec,    201 N Walnut St,    DE1-1027,
               Wilmington, DE 19801-2920
15016193       EDI: CITICORP.COM May 05 2010 18:38:00      Citi,    c/o Citi Corp.,    PO Box 6500,
               Sioux Falls, SD 57117-6500
15016196       EDI: DISCOVER.COM May 05 2010 18:38:00      Discover,    P.O. Box 15316,    Wilmington, DE 19850
15016197      +EDI: AMINFOFP.COM May 05 2010 18:38:00      First Premier,    900 Delaware Ste. 7,
               Sioux Falls, SD 57104-0337
15016199      +EDI: HFC.COM May 05 2010 18:38:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
15016200      +EDI: HFC.COM May 05 2010 18:38:00      HSBC/Best Buy,    1405 Foulk Rd,    Wilmington, DE 19803-2769
15016201       EDI: IRS.COM May 05 2010 18:38:00      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114
15016202       EDI: CBSKOHLS.COM May 05 2010 18:38:00      Kohl/Chase,    N56 W1700 Ridgewood Drive,
               Menomonee Falls, WI 53051
15016205      +E-mail/Text: ext_ebn_inbox@navyfederal.org                            Navy Federal Credit Union,
               820 Follin Lane,    Vienna, VA 22180-4907
15016208      +E-mail/Text: SBONNEMA@ROGENT.COM                            Rogers & Holland Jewelers,
               20821 Cicero Ave,    Matteson, IL 60443-1201
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2010**          **Signature:** _Joseph Speetjens_